# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158797

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

INSIGHT INSTITUTE OF NEUROSURGERY
AND NEUROSCIENCE, JAWAD A. SHAH,
M.D., P.C., INSIGHT PHYSICAL THERAPY
AND REHAB CENTER, P.C., INSIGHT PAIN
MANAGEMENT CENTER, INSIGHT
ANESTHESIA, PLLC, STERLING
ANESTHESIA, PLLC, and INSIGHT HEALTH
AND FITNESS CENTER, INC.,
　　　　　Plaintiffs-Appellees,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
　　　　　Defendant-Appellant.
_____/

SC: 158797
COA: 339740
Wayne CC: 16-014761-NO

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2019 _____　

　　　　　　　　　　　　　　　　　　　　Clerk